Floyd G. Short, *(appearance pro hac vice)*
Katherine M. Peaslee (CA Bar #310298)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
fshort@susmangodfrey.com
kpeaslee@susmangodfrey.com

Catriona Lavery (CA Bar #310546)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150
clavery@susmangodfrey.com

*Attorneys for Defendants Amy's Kitchen, Inc. Employee Benefit health Plan and Amy's Kitchen, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVITA, INC. and STAR DIALYSIS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>AMY'S KITCHEN, INC. EMPLOYEE BENEFIT HEALTH PLAN and AMY'S KITCHEN, INC.,<br><br>Defendants. | Case No. 3:18-cv-06975-JST<br><br>**DECLARATION OF CARME LEWIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: March 28, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor, US District Court, 450 Golden Gate Ave., San Francisco, CA<br>**Complaint Filed: November 16, 2018** |

Case No. 3:18-cv-06975-JST
DECLARATION OF C. LEWIS ISO
DEFENDANTS' MOTION TO DISMISS

I, Carme Lewis, hereby declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto. I submit this Declaration in support of Defendants Amy's Kitchen, Inc. ("Amy's Kitchen") and Amy's Kitchen, Inc. Employee Benefit Health Plan's ("the Plan") Motion to Dismiss.

2. I am an employee of Amy's Kitchen, and my title is Senior Director, HR Shared Services. I have held this position since June 2018, but have been employed with Amy's Kitchen, Inc. since September 2011 and in my positions have always managed Amy's benefit programs.

3. In my capacity as Senior Director, HR Shared Services, I am familiar with the Plan and its related documents. Attached hereto as **Exhibit A** is a true and correct copy of the Plan Document and Summary Plan Description for the Plan effective January 1, 2017. This document was created and maintained in the ordinary course of business as such records are organized, kept, and stored by Amy's Kitchen.

4. Attached hereto as **Exhibit B** is a true and correct copy of the DaVita Patient Acknowledgment, Authorization and Financial Responsibility Form for the person identified as "Patient 1" in DaVita's Complaint. The Plan's Third Party Administrator (TPA), Delta Health Systems, creates and maintains patient claim files, which files include all records, appeals, and any information and claims received from providers for a given Plan member, in the ordinary course of its business as part of its agreement with Amy's Kitchen. I requested claim file for Patient 1 from Delta Health Systems, and I have verified that the patient named on Exhibit B is the person described as Patient 1 in DaVita's complaint. Patient 1's identifying information has been redacted from Exhibit B to comply with privacy laws and regulations but the document is otherwise unaltered.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 10th day of January, 2019, at Petaluma, California.

*/s/ CA Lewis*
Carme Lewis

Case No. 3:18-cv-06975-JST
**DECLARATION OF C. LEWIS ISO**
**DEFENDANTS' MOTION TO DISMISS**

# CERTIFICATE OF SERVICE

I certify that on January 11th, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the Court's ECF system which will send notification of such filing to attorneys of record:

| | |
|---|---|
| Peter K. Stris (SBN 216226)<br>Brendan S. Maher (SBN 217043)<br>Michael Donofrio (*pro hac vice* pending)<br>Rachana A. Pathak (SBN 218521)<br>**TRIS & MAHER LLP**<br>725 South Figueroa Street, Suite 1830<br>Los Angeles, CA 90017<br>Telephone: (213) 995-6800<br>Fax: (213) 261-0299<br>peter.stris@strismaher.com<br>brendan.maher@strismaher.com<br>michael.donofrio@strismaher.com<br>radha.pathak@strismaher.com<br><br>*Attorneys for Plaintiffs DAVITA INC. and STAR DIALYSIS, LLC* | |

            */s/ Katherine M. Peaslee*