# EXHIBIT B

# DaVita

**Patient Name:**
**Patient Id:**
**Facility:** ROGUE VALLEY DIALYSIS (05516)



00210205142736423708010

## PATIENT ACKNOWLEDGMENT, AUTHORIZATION AND FINANCIAL RESPONSIBILITY FORM

**Purpose:**

The purpose of this document is to confirm my choice to receive dialysis services at the listed facility and that I will be personally responsible for payments and other services I receive through DaVita. Further, I am assigning rights to payments from my insurer and authorizing DaVita to obtain the necessary information to obtain such payments.

Please read the following statements carefully.

By signing this Patient Acknowledgement, Authorization and Financial Responsibility Form ("Form"), I acknowledge and understand the following:

1. I am personally responsible for payment for dialysis treatments and other services that I have received or may receive at or through the above listed dialysis facility ("Facility"), which may be managed or operated by DaVita Inc. or one of DaVita's subsidiaries or affiliates (collectively with Facility, "DaVita"), at Facility's standard billed fees (available for my review upon request). My financial responsibility for my treatments shall continue until my primary and (if applicable) secondary insurance carriers reimburse DaVita for such services, or DaVita releases me from such responsibility. (For purposes of this Form, the term "DaVita" includes DaVita Inc., its subsidiaries and affiliates, the above-listed outpatient dialysis facility, and the legal entity that is the owner and/or licensee of such facility.)

2. I may always choose my health care service providers and have the right to choose any healthcare provider, company or dialysis service provider. I may change health care providers, including dialysis service providers, at any time.

3. By receiving education on DaVita facilities available for my treatment of ESRD from DaVita, I am under no obligation to receive treatment from DaVita or its affiliates.

4. I may consult with DaVita insurance counselors or social workers concerning my health insurance options and related matters. However, I acknowledge that it is up to me to make an independent decision about whether to apply for coverage and that I will read and sign all insurance applications. DaVita cannot and will not provide any benefit or inducement to me in exchange for applying for or obtaining coverage.

5. By signing this form, I am confirming that I choose to receive my dialysis services at the Facility.



**Patient Name:**
**Patient Id:**
**Facility:** ROGUE VALLEY DIALYSIS (05516)



0021020514273642370800020

### PATIENT ACKNOWLEDGMENT, AUTHORIZATION AND FINANCIAL RESPONSIBILITY FORM

In return for Facility's treatment and services, I agree to the following:

1. **Authorization.** I authorize DaVita to obtain my insurance and financial information from my physician, the hospital from which I was referred, and my insurer/payor (including agents, administrators, or representatives), including, without limitation, benefits and coverage information. I also authorize DaVita to release my confidential medical information to my insurer/payor (including copies of medical records) when necessary, for these or related insurance claims. I also authorize DaVita, its affiliates and those acting on their behalf to call or text me at the cell number I provided to them using an automatic telephone dialing system and/or a prerecorded message.

2. **Insurance Payment.** I agree to assist DaVita in any way necessary in obtaining treatment authorization and payment for my treatment from my insurance plan, carrier and/or government program. I agree to apply for benefits under any federal or state programs (including Medicare, Medicaid, state kidney fund programs, etc.) and secondary insurance plans, for which I may be eligible. I agree to furnish all information, including medical records and/or personal financial information, as may be required by DaVita for such programs and time to time.

3. **Medicare.** I certify that the information contained in my application for benefits under Title XVIII of the Social Security Act (the Medicare program) is true and correct. I authorize any holder of medical or other information about me to release to the Social Security Administration, or its intermediaries or carriers, any information needed for any Medicare claims.

4. **Treatment Authorization.** I understand that if a treatment authorization is required by my insurer or payor and DaVita cannot obtain it by the time of my third dialysis treatment (or third dialysis treatment after the expiration of a treatment authorization), DaVita may ask me to (a) pay in cash prior to receiving any additional dialysis treatment, or (b) transfer to a non-DaVita dialysis center (a list of centers will be provided prior to transfer).

5. **Assignment of Benefits; Lien.** I hereby assign to DaVita all of my right, title and interest in any cause of action and/or any payment due to me (or my estate) under any employee benefit plan, insurance plan, union trust fund, or similar plan ("Plan"), under which I am a participant or beneficiary, for services, drugs or supplies provided by DaVita to me for purposes of creating an assignment of benefits under ERISA or any other applicable law. I also hereby designate DaVita as a beneficiary under any such Plan and instruct that any payment be made solely to and sent directly to DaVita. If I receive any payment directly from any Plan for services, drugs or supplies provided to me by DaVita, including insurance checks, I recognize that such payment sent directly to me was inappropriate and I agree to immediately endorse and forward such payment to DaVita. I agree that DaVita shall have an automatic lien and/or security interest against any such payment I receive from any Plan.

If I fail to perform any of my obligations under this provision, I understand that DaVita may pursue collections and legal action against me. In this case, I shall be responsible for the costs of collection (including reasonable attorney's fees) that are incurred by DaVita.

6. **Collection of Benefits / Legal Action.** I agree to assist and cooperate fully with DaVita to obtain payment from any Plan for services, drugs or supplies provided to me by DaVita. This includes, without limitation, at the option of DaVita, my participation as a plaintiff in any litigation, arbitration, appeal or other action or lawsuit in federal or state court, at DaVita's expense, arising from any dispute between DaVita and any of the Plans relating to any payment that is alleged by DaVita to be due for services, drugs or supplies provided by DaVita.

7. **Authorized Representative.** I hereby authorize DaVita (including their attorneys and/or representatives) to act on my behalf and represent me, and my estate, in pursuing a benefit claim or appeal of an adverse benefit determination under any Plan. I hereby authorize DaVita and its attorneys to pursue all available legal rights and remedies that they deem appropriate in order to collect from the Plans or any other source for such services, drugs or supplies. I hereby agree to assist DaVita in acting in this capacity.

# DaVita



0021020514273642370800031

**Patient Name:** ▮▮▮▮▮▮▮▮
**Patient Id:** ▮▮▮▮▮▮▮▮
**Facility:** ROGUE VALLEY DIALYSIS (05516)

## PATIENT ACKNOWLEDGMENT, AUTHORIZATION AND FINANCIAL RESPONSIBILITY FORM

8. **Patient Deductible and Co-payment.** For Medicare and certain other insurance companies where DaVita accepts the charge determination as full payment, I am responsible only for my annual deductible, coinsurance and my co-payments, if any. If I am a Medicare beneficiary, such financial responsibility may apply to DaVita-performed clinical laboratory services and DaVita-furnished home dialysis supplies and equipment. Except pursuant to an individualized determination based on DaVita's Patient Financial Evaluation Policy or as otherwise determined on a case-by-case basis, DaVita will not waive any co-pays, co-insurance, or other patient responsibility.

9. **Spend Down and Share of Cost (SOC).** I understand that if I participate in a State Medicaid program with a spend down, SOC or other cost sharing program that requires me to share in the cost of my healthcare, I agree to pay the amount of the spend down, SOC or other cost sharing designated by the State Medicaid provider at the time services are rendered, or when the spend down, SOC or other cost sharing amount is billed to me after the close of each month.

10. **Change of Information.** I agree to promptly notify Facility and/or DaVita of any changes to my employment, insurance coverage, financial status, or my personal information (e.g., address, last name, etc.), within two (2) business days of any such change.

11. **No other assignments.** I agree not to assign my benefits under any Plan to any other person or firm for services, drugs or supplies provided to me by DaVita.

12. **Facility Reports.** For Tennessee Facilities Only: DaVita maintains the following reports on the Facility and will make the most recent one available to you upon request: local fire safety inspection; local building code inspections; fire marshal reports; department of licensure and fire safety inspections and surveys; federal surveys and inspections; orders of the Commissioner of the Board, if any; Comptroller of the Treasury's audit reports and findings, if any; and maintenance records of all safety equipment.

13. **Involuntary discharge.** DaVita may initiate involuntary discharge pursuant to its policies and procedures if I do not have a third party payor source, do not have or am not complying with the terms of a self-pay agreement or do not qualify for financial assistance under DaVita's Patient Financial Evaluation policy. DaVita will make good faith efforts to help me resolve non-payment issues. I understand that any such discharge for my non-payment will be pursuant to the requirements set forth in applicable DaVita policies, regulatory requirements and ESRD network requirements. I understand that DaVita also may initiate involuntary discharge if the facility ceases to operate, the transfer is necessary for my welfare or that of other patients. Any such discharge will be pursuant to DaVita's policies and applicable regulatory requirements.

This Form shall continue in full force and effect while I am receiving treatment from DaVita and thereafter, until DaVita is paid in full for services, drugs and supplies provided to me by DaVita, or the claim by DaVita for payment is settled or withdrawn. I understand that if I do not fulfill the above terms and conditions, DaVita may pursue payment from me directly, as appropriate, and/or ask me to immediately transfer to another dialysis center. If any part of this form is deemed unenforceable, the remaining provision shall remain in full force and effect. I understand I can hire an attorney at my own expense to represent me in connection with this Form.

The Patient Acknowledgment, Authorization, and Responsibility Form has been read and fully explained to me and my questions relating to the consent (if any) have been fully answered to my satisfaction.

By my signature below, I acknowledge and agree to the terms and conditions contained in this Form.

Print Representative Name: _Self_ (If Applicable)
Date: _10/9/17_
**Patient or Representative Signature**
▮▮▮▮▮▮▮▮

Print Teammate Name: _Lisa Erikson_
Date: _10/9/17_
**Teammate Signature**
_Lisa Erikson_

Property of DaVita Healthcare Partners Inc.
Origination Date: 10/04/2017

Page 3 of 3

Confidential and Copyrighted 2017