**STRIS & MAHER LLP**
Peter K. Stris (SBN 216226)
 peter.stris@strismaher.com
Brendan S. Maher (SBN 217043)
 brendan.maher@strismaher.com
Michael Donofrio (*pro hac vice*)
 michael.donofrio@strismaher.com
Rachana A. Pathak (SBN 218521)
 radha.pathak@strismaher.com
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

*Attorneys for Plaintiffs* DAVITA INC. and STAR DIALYSIS, LLC

Floyd G. Short (*pro hac vice*)
Katherine M. Peaslee (CA Bar #310298)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880  Fax: (206) 516-3883
fshort@susmangodfrey.com
kpeaslee@susmangodfrey.com

Catriona Lavery (CA Bar #310546)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100  Fax: (310) 789-3150
clavery@susmangodfrey.com

*Attorneys for Defendants* AMY'S KITCHEN, INC. EMPLOYEE HEALTH BENEFIT PLAN AND AMY'S KITCHEN, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVITA INC. and STAR DIALYSIS, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMY'S KITCHEN, INC. EMPLOYEE BENEFIT HEALTH PLAN and AMY'S KITCHEN, INC.,<br><br>  Defendants. | Case No. 3:18-cv-06975-JST<br><br>**JOINT STIPULATION REQUESTING ORDER TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND DEFENDANTS' TIME TO FILE REPLY; [PROPOSED] ORDER** |

1

Pursuant to Civil Local Rule 6-2(a), Plaintiffs DaVita Inc. and Star Dialysis, LLC and Defendants Amy's Kitchen, Inc. Employee Health Benefit Plan and Amy's Kitchen, Inc. respectfully submit this Stipulated Request for an Order:

(1) extending Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss, and (2) extending Defendants' time to file a reply brief.

Whereas, Plaintiffs served the Complaint on Defendants on November 21, 2018;

Whereas, Defendants' time to respond to the Complaint was extended from December 12, 2018 to January 11, 2019 by the parties' joint stipulation;

Whereas, Defendants filed a motion to dismiss on January 11, 2019, Plaintiffs' opposition to the motion is currently due on January 25, 2019, and Defendants' reply brief is currently due on February 1, 2019;

Whereas, the hearing on the motion is currently scheduled for March 28, 2019;

Whereas, the press of business will make it difficult for Plaintiffs and Defendants to prepare their respective briefs absent the requested extension of time;

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' time to file an opposition shall be extended to February 22, 2019, and Defendants' time to file a reply brief shall be extended to March 8, 2019. The hearing shall remain scheduled for March 28, 2018.

Dated: January 14, 2019            Respectfully submitted,

/s/ *Rachana Pathak*
Rachana Pathak

**STRIS & MAHER LLP**
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

*Attorney for Plaintiffs* DAVITA, INC. and STAR DIALYSIS, LLC

Dated: January 14, 2019            */s/ Floyd G. Short*
Floyd G. Short (*pro hac vice*)
Katherine M. Peaslee (CA Bar #310298)

**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
fshort@susmangodfrey.com
kpeaslee@susmangodfrey.com

Catriona Lavery (CA Bar #310546)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150
clavery@susmangodfrey.com

*Attorneys for Defendants*
AMY'S KITCHEN, INC. EMPLOYEE HEALTH BENEFIT PLAN AND AMY'S KITCHEN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __January 16__, 2019

UNITED STATES DISTRICT COURT

_____
The Honorable Jon S. Tigar