UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVITA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMY'S KITCHEN, INC., et al., <br><br> Defendants. | Case No. 3:18-cv-06975-JST <br><br> **CLERK'S JUDGMENT** <br><br> Re: Dkt. No. 44 |

Pursuant to the Order Granting Defendants' Motion to Dismiss signed April 5, 2019, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 5, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR